Burnice Williams, 11696-081
Federal Correctional Institution
Post Office Box 6000
Florence, Colorado 81226



Judge Dale A. Kimball
Clerk of the Court
United States Courthouse
351 South West Temple
Salt Lake City, Utah 84101

Legal Mail



1-10-22
Legal Mail